IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WAYNE W. TUCKER,

      Petitioner,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS, AND WARDEN
LARRY W. MAYO OF
EVERGLADES CORRECTIONAL
INSTITUTION,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0699

Opinion filed January 21, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

Wayne W. Tucker, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Tammy S. Metcalf, Assistant Attorney General, Tallahassee, for Respondents.

PER CURIAM.

      DENIED.

WOLF, THOMAS, and WETHERELL, JJ., CONCUR.